898

No. 489, Misc.   REED *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Leon Polsky* for petitioner.   *Frank S. Hogan, H. Richard Uviller* and *Robert Popper* for respondent.

No. 493, Misc.   DUFF *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 517, Misc.   BARKER *v.* OHIO ET AL.   Supreme Court of Ohio.   Certiorari denied.

No. 519, Misc.   McCONNON ET AL. *v.* RAOUL-DUVAL ET AL.   Supreme Court of California.   Certiorari denied.

No. 521, Misc.   O'CONNOR *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 524, Misc.   DAVIS *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 526, Misc.   SNEAD *v.* WARDEN, MARYLAND PENITENTIARY. ,   Court of Appeals of Maryland.   Certiorari denied.

No. 247, Misc.   MILLER *v.* PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Donald Page Moore* for petitioner.   *William G. Clark*, Attorney General of Illinois, and *William C. Wines, Raymond S. Sarnow* and *A. Zola Groves*, Assistant Attorneys General, for respondent.